# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:11-cv-00145-WCO
## Plaintiff A et al v. Schair et al
## Honorable William C. O'Kelley

Minute Sheet for proceedings held In Open Court on 10/16/2012.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:50 P.M.          COURT REPORTER: Montrell Vann
TIME IN COURT: 00:50                     DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Gainesville

ATTORNEY(S) PRESENT:
John Harbin representing Plaintiff A
John Harbin representing Plaintiff B
John Harbin representing Plaintiff C
John Harbin representing Plaintiff D
William Hoffmann representing Plaintiff A
William Hoffmann representing Plaintiff B
William Hoffmann representing Plaintiff C
William Hoffmann representing Plaintiff D
Larry Wolfe representing Wet-A-Line Tours, LLC
Larry Wolfe representing Richard Wayne Schair

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MINUTE TEXT: Plaintiff's counsel argued [15] Motion to Lift Stay, counsel discussed stay regarding criminal proceedings, counsel stated that 1) investigation by U.S.A.O in U.S.D.C. S.D. FL is mostly likely over, 2)investigation in Basil is irrelevant, counsel suggested that if the court is concerned about lifting the stay, the court can issue an order stating that the stay will be lifted in 30 days and can forward the order to Department of Justice/U.S.A.O, counsel requested stay be lifted. Defense counsel responded, counsel stated that Brazilian criminal proceedings are still on going and it is possible U.S.A.O investigation is still on going, counsel requested stay continue. Plaintiff's counsel withdrew objection to [18] Motion to Seal Exhibits 1, 2 & 3 to the Affidavit, reserving the right to object later if need be. The court took the matter under advisement, written order to follow.