# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 01, 2013

James N. Hatten
U.S. District Court
121 SPRING ST SE
STE 201
GAINESVILLE, GA 30501

Appeal Number: 12-16542-DD
Case Style: Plaintiff A, et al v. Richard Schair, et al
District Court Docket No: 2:11-cv-00145-WCO

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 04/11/2013.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD/jsc
Phone #: (404) 335-6135

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 12-16542-DD

_____

PLAINTIFF A,
PLAINTIFF B,
PLAINTIFF C,
PLAINTIFF D,

        Plaintiffs - Appellees,

versus

RICHARD WAYNE SCHAIR,
WET-A-LINE TOURS, LLC,

        Defendants - Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellant Richard Wayne Schair and Wet-A-Line Tours, LLC failed to file a CORRECTED brief within the time fixed by the rules, effective May 01, 2013.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Tonya L. Richardson, DD, Deputy Clerk

FOR THE COURT - BY DIRECTION