**ROA/COR request**
**2:11-cv-00145-WCO USCA # 12-16542-DD**
**Mary Marshall**   to: Stacey Kemp                                07/10/2013 08:33 AM
Cc: Vicki Dougherty

- Plaintiff A, et al v. Richard Schair, et al
- Pleaser submit all portions of record not scanned

ATTEST: A TRUE COPY
CERTIFIED THIS

JUL 10 2013

James N. Hatten, Clerk
By: /s/ Deputy Clerk