# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
ROOM 201, FEDERAL BUILDING
121 SPRING STREET, SE
GAINESVILLE, GEORGIA 30501

JUL 12 2013

**JAMES N. HATTEN**
CLERK OF COURT

**TELEPHONE**
678-450-2760

July 11, 2013

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

JUL 22 2013

JAMES N. HATTEN, Clerk
By: s/ (Deputy Clerk)

John Ley, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

U.S.D.C. No.: 2:11-cv-145-WCO
U.S.C.A. No.: 12-16542-DD
In re:  *PLAINTIFF A, et al  v. RICHARD SCHAIR, et al*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

|     |     |
| --- | --- |
| ___ | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| ___ | There is no transcript. |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| x   | Other: Copies of [17] Response. |
| ___ | Fee paid on . |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| ___ | The District Judge is . |
| ___ | This is a **DEATH PENALTY** appeal. |

Sincerely,

James N. Hatten
Clerk of Court

By:  s/Stacey Kemp
Deputy Clerk

Enclosures