**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **PLAINTIFF A, PLAINTIFF B,** | \| | |
| **PLAINTIFF C, and PLAINTIFF D** | \| | |
| | \| | |
| **Plaintiffs,** | \| | **CIVIL ACTION FILE** |
| **v.** | \| | **NO. 2:11-cv-00145-WCO** |
| | \| | |
| **RICHARD SCHAIR and** | \| | |
| **WET-A-LINE TOURS, LLC** | \| | |
| | \| | |
| **Defendants.** | \| | |

**CERTIFICATE OF SERVICE OF DISCOVERY**

This is to certify that I have this day served the **DEFENDANT SCHAIR'S FIRST INTERROGATORIES TO PLAINTIFF A** upon the following counsel by placing a true and exact copy of the same in the United States mail, with adequate postage affixed thereon to insure delivery, addressed as follows:

**John W. Harbin**
**Elizabeth Kelly Hinson**
King & Spalding, LLP
1180 Peachtree Street, NE, 40th Floor
Atlanta, GA 30309-3521
404-572-4600
Email: jharbin@kslaw.com

This 6th day of August, 2014.

Respectfully submitted,

 s/ L. David Wolfe
L. David Wolfe, P.C.
Georgia Bar No. 773325
Counsel for Defendants
profldwolfe@aol.com

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| PLAINTIFF A, PLAINTIFF B, PLAINTIFF C, and PLAINTIFF D | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 2:11-cv-00145-WCO |
| RICHARD SCHAIR and WET-A-LINE TOURS, LLC | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** upon the following counsel by electronic filing, which will automatically send email notification of such filing to the following:

**John W. Harbin
Elizabeth Kelly Hinson**
King & Spalding, LLP
1180 Peachtree Street, NE, 40th Floor
Atlanta, GA 30309-3521
404-572-4600
Email: jharbin@kslaw.com

This 6th day of August, 2014.

Respectfully submitted,

s/ L. David Wolfe
L. David Wolfe, P.C.
Georgia Bar No. 773325
Counsel for Defendants
profldwolfe@aol.com

L. DAVID WOLFE, P.C. • 101 MARIETTA STREET, N.W. • SUITE 3325 • ATLANTA, GA 30303
TELEPHONE 404.352.5000 • FACSIMILE 404.524.2467