```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                 GAINESVILLE DIVISION
```

| | |
|---|---|
| PLAINTIFF A, PLAINTIFF B, <br> PLAINTIFF C, and PLAINTIFF D <br> <br> Plaintiffs, <br> v. <br> <br> RICHARD SCHAIR and <br> WET-A-LINE TOURS, LLC <br> <br> Defendants. | CIVIL ACTION FILE <br> NO. 2:11-cv-00145-WCO |

**CERTIFICATE OF SERVICE OF DISCOVERY**

This is to certify that I have this day served the **DEFENDANT SCHAIR'S FIRST INTERROGATORIES TO PLAINTIFF B** upon the following counsel by placing a true and exact copy of the same in the United States mail, with adequate postage affixed thereon to insure delivery, addressed as follows:

**John W. Harbin**
**Elizabeth Kelly Hinson**
King & Spalding, LLP
1180 Peachtree Street, NE, 40th Floor
Atlanta, GA 30309-3521
404-572-4600
Email: jharbin@kslaw.com

This 6th day of August, 2014.

Respectfully submitted,

 s/ L. David Wolfe
L. David Wolfe, P.C.
Georgia Bar No. 773325
Counsel for Defendants
profldwolfe@aol.com

1

L. DAVID WOLFE, P.C. • 101 MARIETTA STREET, N.W. • SUITE 3325 • ATLANTA, GA 30303
TELEPHONE 404.352.5000 • FACSIMILE 404.524.2467

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **PLAINTIFF A, PLAINTIFF B, PLAINTIFF C, and PLAINTIFF D**<br><br>Plaintiffs,<br>v.<br><br>**RICHARD SCHAIR and WET-A-LINE TOURS, LLC**<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 2:11-cv-00145-WCO |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** upon the following counsel by electronic filing, which will automatically send email notification of such filing to the following:

**John W. Harbin**
**Elizabeth Kelly Hinson**
King & Spalding, LLP
1180 Peachtree Street, NE, 40th Floor
Atlanta, GA 30309-3521
404-572-4600
Email: jharbin@kslaw.com

This 6th day of August, 2014.

Respectfully submitted,

 s/ L. David Wolfe
L. David Wolfe, P.C.
Georgia Bar No. 773325
Counsel for Defendants
profldwolfe@aol.com

2

L. David Wolfe, P.C. • 101 Marietta Street, N.W. • Suite 3325 • Atlanta, GA 30303
Telephone 404.352.5000 • Facsimile 404.524.2467