# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

PLAINTIFF A, PLAINTIFF B, PLAINTIFF C, and PLAINTIFF D,

    Plaintiffs,

vs.

RICHARD WAYNE SCHAIR and WET-A-LINE TOURS, LLC,

    Defendants.

CIVIL ACTION FILE

NO. 2:11-cv-145-WCO

## JUDGMENT

This action having come before the court, Honorable William C. O'Kelley, Senior United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Gainesville, Georgia, this 9th day of September, 2014.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                                        By:  s/Stacey Kemp
                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   September 9, 2014
James N. Hatten
Clerk of Court

By:  s/Stacey Kemp
     Deputy Clerk